GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Defendants, and ANDREW S. KOWALCZYK et al., Respondents. (Appeal No. 4.) [890 NYS2d 842]—

Same memorandum as in *Dischiavi v Calli* ([appeal No. 2] 68 AD3d 1691 [2009]). Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.